UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　v.<br>RAFAEL CANO-LOPEZ<br>　　　Defendant. | 5:25-MJ-274<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Submission to detention
- No identified bail resources
- Unverified background
- Associated with numerous personal identifiers
- History of removals

IT IS ORDERED that defendant be detained.

DATED: 5/6/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2